453 A.2d 956

**COMMONWEALTH of Pennsylvania,**

v.

**John James KEEN, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 6, 1982.

Decided Dec. 30, 1982.

Gary P. Heslin, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Frances Gralnek Gerson, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed.